IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BLUEFIELD DIVISION

| | |
|---|---|
| ALETA PRECKAJLO, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )   Civil Action No. 1:11-00687 |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of the Social | ) |
| Security Administration, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OPINION AND ORDER**

Pending before the Court is Plaintiff's Motion to Transfer (Document No. 8.), filed on December 6, 2011. Plaintiff seeks a change of venue to the Western District of Virginia pursuant to 28 U.S.C. § 1404. This case was filed in this district on September 30, 2011 (Document No. 2.), and the parties have consented to proceed before a United States Magistrate Judge. (Document Nos. 4 and 5.) Plaintiff states in her Complaint and Motion that she is a resident of Bastian, Bland County, Virginia. (Document Nos. 2 at 1 and 8 at ¶ 1.) Proper venue under 42 U.S.C. § 405(g) is "in the district court of the United States for the judicial district in which the plaintiff resides." 42 U.S.C. § 405(g). Accordingly, it is hereby **ORDERED** that the Clerk shall **TRANSFER** this matter to the Western District of Virginia (Roanoke), pursuant to 28 U.S.C. § 1404(a).

The Clerk is directed to send a copy of this Order to counsel of record.

ENTER: April 16, 2012.

R. Clarke VanDervort
United States Magistrate Judge